IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00082-BNB

JULIE LYNN PONDER #109524,

    Plaintiff,

v.

EXECUTIVE DIRECTOR MR. A. ZAVARAS, Colorado Department of Corrections,
EXECUTIVE DIRECTOR MR. JOE ORTIZ, Colorado Department of Corrections,
WARDEN MR. NOBLE WALLACE, Denver Women's Correctional Facility,
WARDEN MS. J. SHOEMAKER, Denver Women's Correctional Facility,
WARDEN MR. RIED, La Vista Correctional Facility,
WARDEN MS. PLOUGH, Colorado Women's Correctional Facility,
WARDEN MR. MURRAY, High Plains Correctional Facility, Cornell Companies Inc.,
COMMUNITY CORRECTIONS BOARD, and
TOM MOORE, of the CDOC Division of Adult Parole and Community Corrections,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Service at State Expense," filed on April 28, 2010 (Doc. # 24) is DENIED as premature.

    Dated: April 30, 2010